# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

_____

| | |
|---|---|
| CRYSTAL WINGFIELD, INDIVIDUALLY, AS NEXT OF KIN OF BETTY YOUNG AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BETTY YOUNG, DECEASED,<br><br>    Plaintiffs,<br><br>v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>    Defendant. | **COMPLAINT AND JURY DEMAND**<br><br>Civil Action No: 1:18-cv-05284-ELR |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

COME NOW Plaintiffs CRYSTAL WINGFIELD, Individually, As Next of Kin of BETTY YOUNG, and CRYSTAL WINGFIELD, as Personal Representative of the ESTATE OF BETTY YOUNG, (hereinafter "Plaintiffs"), by and through the undersigned counsel, and, pursuant to F.R.C.P. 41(a)(1)(A)(i) and Local Rule 41, hereby dismiss the present action WITHOUT PREJUDICE. Plaintiffs show the Court that their Summons and Complaint were served on Defendant on November 26, 2018 [Doc. 4], and that no Answer or Motion for

Summary Judgment has been filed by Defendant as of the date of this Notice of Dismissal. Pursuant to O.C.G.A. § 9-2-61(a), Plaintiffs reserve the right to refile this action within six (6) months of the date of this Notice of Dismissal.

Dated: November 28, 2018

                              RESPECTFULLY SUBMITTED,

                              **/s/: C. Andrew Childers**
                              CHILDERS, SCHLUETER & SMITH, LLC
                              C. Andrew Childers, Esq.
                              Georgia Bar No. 124398
                              1932 North Druid Hills Road, Suite 100
                              Atlanta, Georgia 30319
                              (404) 419-9500 – Telephone
                              (404) 419-9501 – Facsimile
                              achilders@cssfirm.com

                              **ATTORNEYS FOR PLAINTIFFS**